## Affidavit in Support of Criminal Complaint for Rudivel Rodriguez-Gomez

Your Affiant, Deportation Officer Nicholas Austin, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), being duly sworn, deposes and says:

### Introduction

1. I am a law enforcement officer of the United States (U.S.) within the meaning of Section 115(c)(1) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 8, United States Code (U.S.C.) § 1326.

2. I am a Deportation Officer (DO) with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO). I have been so employed since July of 2022 and I am presently assigned to the Louisville, Kentucky (KY) sub-office of Chicago, IL. Prior to that, I was a United States Border Patrol Agent on the southern border for fifteen (15) years. My duties include the enforcement of various violations of immigration and criminal laws. I have attended the United States Border Patrol Academy in Artesia, New Mexico, where training was conducted pertaining to these types of investigations as well as the enforcement of both criminal and immigration laws.

1

3. This affidavit is based upon my personal knowledge and upon information reported to me by federal and local law enforcement officers and others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

4. I have not included every fact that has been revealed through the course of this investigation. I have set forth only the facts that are believed to be necessary to establish probable cause for the issuance of a criminal arrest warrant.

## Results of Investigation

5. On 02/26/2024, while Supervisory Detention and Deportation Officer (SDDO) Phelps of Bowling Green, KY ICE ERO was serving paperwork to an ICE detainee at the Pulaski County, KY Detention Center (PCDC), PCDC staff informed SDDO Phelps that the Somerset Police were bringing a foreign-born subject into the booking area on a theft charge. SDDO Phelps recognized the man as the police brought him into the facility, but the officer could not recall the man's name. The man in custody provided the name Rudivel RODRIGUEZ-Gomez and a date of birth of 07/25/1988. SDDO Phelps forwarded that information and a photograph to DO Lilly, who positively identified RODRIGUEZ in ICE indices as a previously removed Mexican citizen and the subject of Alien Registration Number A206 156 644. Records show that SDDO Phelps previously encountered RODRIGUEZ in jail

2

in 2013, 2015, and again in 2022. At SDDO Phelps' request, DO Lilly emailed an ICE detainer to the PCDC. While at the PCDC, SDDO Phelps took RODRIGUEZ' fingerprints with an ink pad. Later that day, the officer scanned RODRIGUEZ' prints into Department of Homeland Security Databases, confirming RODRIGUEZ' identity. With this information, an investigation was started and revealed the following information.

6.    Record checks indicate on 02/26/2024, the Somerset Police Department (SPD) arrested RODRIGUEZ and charged him with Theft by Unlawful taking (Shoplifting). That agency also served his felony bench warrant on a 2022 cocaine possession case which is still pending. RODRIGUEZ was found guilty of shoplifting and sentenced to 5 days jail (Case No. 24-M-00186). When arrested by Somerset Police Department, RODRIGUEZ' biographical information and fingerprints were electronically submitted to the Department of Justice, National Crime Information Center/ Next Generation Identification System and Department of Homeland Security/ICE databases. These systems again biometrically confirmed the subject, Rudivel RODRIGUEZ-Gomez, to be a previously removed Mexican citizen with prior criminal history, and the subject of Alien Registration Number (ARN) 206 156 644.

7. Electronic copies of removal documents, DHS and DOJ service indices were used to confirm the identity of RODRIGUEZ and the accuracy of the information contained within this affidavit.

8. RODRIGUEZ is a citizen and native of Mexico with no approved or pending applications or petitions to enter or remain in the U.S. filed by him or on his behalf as well as the information outlined below.

9. On 03/19/2017, the Pulaski County, KY Sheriff's Office (PCSO) arrested RODRIGUEZ, who according to court documents used the name Rudivel GOMEZ-Rodriguez, and charged him with No License, No Insurance, No Registration, Careless Driving, Failure to Wear Seat Belt, Communication Device Violation, Wanton Endangerment First Degree (Police Officer), Leaving the Scene of an Accident, and Operating a Motor Vehicle Under the Influence. The citation states that RODRIGUEZ was drunk and struck a police cruiser head on. On 07/14/2017, the Pulaski County Circuit Court convicted RODRIGUEZ of Wanton Endangerment First Degree, a felony, and sentenced RODRIGUEZ to 1-year prison. RODRIGUEZ was also convicted of Operating a Motor Vehicle Under the Influence and sentenced to 30 days (Case No. 17-CR-00259).

10. On 02/12/2022, the SPD arrested RODRIGUEZ, who according to the citation used the name Rudivel GOMEZ, and charged him with felony Possession of a Controlled Substance First Degree (Cocaine). On 06/10/2022, the Pulaski

County Circuit Court indicted RODRIGUEZ for the offense and issued a bench warrant. Currently, this case is still pending (Case No. 22-CR-00266).

11. On 02/12/2022, Louisville ICE encountered RODRIGUEZ at the PCDC on the felony drug charge identified above. On 03/17/2022, an immigration judge ordered RODRIGUEZ removed to Mexico. ICE removed RODRIGUEZ to Mexico on 03/25/2022 after his felony conviction for Wanton Endangerment in 2017.

12. Per DHS indices, RODRIGUEZ has made no legal re-entry after his 03/25/2022 removal. A review of RODRIGUEZ' electronic immigration records revealed no application for permission from the Attorney General of the United States or the Secretary of Homeland Security to re-enter the United States following his previous deportation.

## Conclusion

13. Based on the information contained in this affidavit, I believe there is probable cause to support the conclusion that Rudivel RODRIGUEZ-Gomez, aka "Rudivel GOMEZ-Rodriguez" and "Rudivel GOMEZ", is a noncitizen who has been located in the United States in Pulaski County, in the Eastern District of KY, on 2/26/2024, after having been previously removed subsequent to a felony conviction from the United States, in violation of 8 U.S.C. § 1326(b).

\_\_\_/s/ Nicholas Austin w.p.b. Hanly A. Ingram\_\_\_\_\_
Nicholas Austin
Deportation Officer
Immigration and Customs Enforcement
Enforcement and Removal Operations
Louisville, KY

Attested per Fed. R. Crim. P. 4.1(b)(2)(A) this \_\_\_15th\_\_\_ day of March 2024.

_____
Hon.  Hanly A. Ingram
United States Magistrate Judge